UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNEY RAMEY, | ) | 1:07-CV-01504 LJO GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. | ) | |
| | ) | |
| MIKE C. KRAMER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

    IT IS SO ORDERED.

Dated:   **October 31, 2007**              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE